UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-80899-CIV-HURLEY/HOPKINS

**ACCESS FOR THE DISABLED, INC., et al.,**

    **Plaintiffs,**

v.

**FFH, INC.,**

    **Defendant.**

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE
JUDGE AND DENYING PLAINTIFFS' MOTION TO
HOLD DEFENDANT IN CONTEMPT AS MOOT**

**THIS ADA CAUSE** is before the court upon plaintiffs' motion for contempt [DE # 29] and the report and recommendation of the Honorable James M. Hopkins, United States Magistrate Judge, recommending that the court deny plaintiffs' motion as moot [DE # 49].  No objections were filed to the Magistrate Judge's report.

Having carefully reviewed the Magistrate Judge's Report and Recommendation as to plaintiffs' motion, the court finds the resolution of the issues as recommended by Magistrate Judge Hopkins to be sound and well reasoned.  The court therefore adopts those recommendations.

Upon review of the report of the magistrate judge, it is hereby **ORDERED** and **ADJUDGED**:

    1.    The Report and Recommendation of the United States Magistrate Judge [DE # 49] is **ADOPTED** in its entirety and **INCORPORATED** herein by reference.

Order Adopting R & R of Magistrate Judge
Access for the Disabled, Inc., et al. v. FFH, Inc.
Case No. 06-80899-CIV-HURLEY/HOPKINS

2.      Plaintiffs motion for contempt [DE # 29] is **DENIED AS MOOT**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 22nd day of September, 2009.

Daniel T. K. Hurley
United States District Judge

*Copies provided to counsel of record*