UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-80899-CIV-HURLEY/HOPKINS

ACCESS FOR THE DISABLED, INC., et al.,

    Plaintiffs,

v.

FFH, INC.,

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE
JUDGE AND GRANTING PLAINTIFFS' MOTIONS FOR ATTORNEYS' FEES**

**THIS CAUSE** is before the court upon plaintiffs' motion for attorneys' fees [DE # 55], plaintiffs' supplemental motion for attorneys' fees [DE # 61], and the report and recommendation of the Honorable James M. Hopkins, United States Magistrate Judge [DE # 62], recommending that the court grant both motions. Defendant filed an objection to the report and recommendation [DE # 63].[1] Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b)(3), the court has reviewed *de novo* those portions of the magistrate judge's report and recommendation to which objections have been made.

Having carefully reviewed the Magistrate Judge's report and recommendation and defendant's objection, the court finds the resolution of the issues as recommended by Magistrate Judge Hopkins to be sound and well reasoned. The court therefore adopts those recommendations.

Upon review of the report of the magistrate judge and defendant's objections, it is hereby

---

[1] Defendant requests a five-day extension of time to supplement the objection. But since more than five days have passed since that request was made with no supplement having been filed, the court will deny that request as moot.

**ORDERED** and **ADJUDGED**:

1. Defendant's objection to the magistrate judge's report [DE # 63] is **OVERRULED**.

2. Defendant's request for a five-day extension of time to supplement the objection [DE # 63] is **DENIED as MOOT**.

2. The Report and Recommendation of the United States Magistrate Judge [DE # 62] is **ADOPTED** in its entirety and incorporated herein by reference.

3. Plaintiff's motion for attorneys' fees [DE # 55] is **GRANTED**. Plaintiffs' supplemental motion for attorneys' fees [DE # 61] is **GRANTED**.

4. Pursuant to Fed. R. Civ. p. 58(a), the court will enter final judgment by separate order.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 28th day of April, 2010.

Daniel T. K. Hurley
United States District Judge

*Copies provided to counsel of record*
Hon. James M. Hopkins